■ GLORIA WILSON et al., Respondents, v GEORGE KANE et al., Appellants. [644 NYS2d 908] —In an action to recover damages for dental malpractice, etc., the defendants appeal from a judgment of the Supreme Court, Suffolk County (Lama, J.), entered June 21, 1995, which, upon a jury verdict, is in favor of the plaintiffs and against them in the principal sum of $60,000.

Ordered that the judgment is reversed, on the law, with costs, and a new trial is granted on the issue of damages only. The findings of fact as to liability are affirmed.

We agree with the defendants that "[o]n this record [they were] entitled to have the jury consider, in mitigation of damages, whether there was any negligence on the part of the plaintiff * * * subsequent to the alleged malpractice" (*Dunn v Catholic Med. Ctr.,* 55 AD2d 597, citing *Carpenter v Blake,* 75 NY 12, 24; *see also, Ferrara v Leventhal,* 56 AD2d 490). This error deprived the defendants of a fair trial with respect to the jury's assessment of damages. Because the jury's verdict as to liability was not against the weight of the evidence, the new

trial should be limited to the issue of the amount of damages suffered by the plaintiff *(see, Dunn v Catholic Med. Ctr., supra).* Bracken, J. P., Thompson, Krausman and Florio, JJ., concur.